IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERMARD JACKSON                                                                                    PLAINTIFF

v.                                    Civil No. 4:14-cv-04121

CORPORAL ALLEN SANDERS                                                                    DEFENDANT

**ORDER**

Defendant has filed a motion to compel responses to discovery requests (ECF No. 19). Defendant states he propounded interrogatories and requests for production of documents to the Plaintiff on February 26, 2015. Defendant states he has not received Plaintiff's responses or any communication from the Plaintiff regarding his responses. Plaintiff has not responded to the motion to compel.

Under the Federal Rules of Civil Procedure, Plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendant's motion to compel (ECF No. 19) is granted. Plaintiff is directed to provide Defendant with the required responses to the discovery requests **by 5:00 p.m. on August 17, 2015. If Plaintiff fails to provide the discovery responses, Defendant should notify the Court by filing a motion to dismiss. Plaintiff is advised that failure to comply with an order of Court may subject this case to summary dismissal.**

IT IS SO ORDERED this 31st day of July 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE