IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERMARD JACKSON                                                                                    PLAINTIFF

v.                          Civil No. 4:14-cv-04121

CORPORAL ALLEN SANDERS                                                               DEFENDANT

## SHOW CAUSE ORDER

Defendant's motion to compel (ECF No. 19) was granted by order (ECF No. 23) entered on July 31, 2015. Plaintiff was directed to provide Defendant with the required responses to the discovery requests by 5:00 p.m. on August 17, 2015.

Defendant has now filed a motion to dismiss and for a continuance of the scheduling order (ECF No. 25). Defendant indicates he has not received the discovery responses from the Plaintiff.

Plaintiff is given until **October 15, 2015, to show cause why this case should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute this action.** Defendant's request for a continuance of the scheduling order is granted. If this action is not dismissed, an amended scheduling order will be issued.

IT IS SO ORDERED this 30th of September 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE