IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERMARD JACKSON                                                                                PLAINTIFF

v.                                 Civil No. 4:14-cv-04121

CORPORAL ALLEN SANDERS                                                                DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2015), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Defendant's motion to compel (ECF No. 19) was granted by order (ECF No. 23) entered on July 31, 2015. Plaintiff was directed to provide Defendant with the required responses to the discovery requests by 5:00 p.m. on August 17, 2015.

Defendant filed a Motion to Dismiss and for a Continuance of the Scheduling Order (ECF No. 25). Defendant indicates he has not received the discovery responses from the Plaintiff. A show cause order (ECF No. 27) was entered giving the Plaintiff until October 15, 2015, to show cause why this case should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute this action. Defendant's request for a continuance of the scheduling order was granted. ECF No. 27.

Plaintiff has not responded to the show cause order. He has not requested an extension of time to respond. The order was not returned to the Court as undeliverable. I therefore recommend that the Motion to Dismiss (ECF No. 25) be **GRANTED** and this case dismissed with prejudice based on the Plaintiff's failure to prosecute and his failure to obey an order of the Court. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st of October 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE