IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERMARD JACKSON                                                                                PLAINTIFF

v.                                           Civil No. 4:14-CV-4121

CORPORAL ALLEN SANDERS                                                          DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed October 21, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Bryant recommends that Plaintiff's Complaint be dismissed based on Plaintiff's failure to prosecute and failure to obey an order of the Court. *See* Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 13th day of November, 2015.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge